|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10/16/2020 |

ARVIND GUPTA.,

                            Plaintiff,

                     v.

HEADSTRONG, INC., GENPACT LIMITED, and SECRETARY OF THE U.S. DEPARTMENT OF LABOR,

                            Defendants.

No. 17-CV-5286 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     Plaintiff Arvind Gupta, proceeding *pro se*, brought this action against Defendants Headstrong, Inc. and Genpact Limited (collectively, "Headstrong") for wages allegedly owed to him under the H-1B provisions of the Immigration and Nationality Act and for judicial review, under the Administrative Procedure Act, of orders of the Department of Labor dismissing his administrative claims against Headstrong. On September 9, 2019, the Court granted Headstrong's motion to dismiss. Dkt. 137. Gupta and Headstrong subsequently filed cross-motions for attorneys' fees. On September 28, 2020, the Court denied Gupta's motion and granted Headstrong's motion with modifications.

     It is hereby ORDERED that Headstrong shall submit a proposed order of judgment with respect to the grant of attorneys' fees by October 23, 2020.

SO ORDERED.

Dated:    October 16, 2020
               New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge