UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARVIND GUPTA,<br><br>                                    Plaintiff,<br>-against-<br><br>HEADSTRONG, INC., GENPACT LIMITED, AND SECRETARY OF THE U.S. DEPARTMENT OF LABOR,<br><br>                                    Defendants. | Case No. 17-CV-5286 (RA)<br><br>**JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**:  That for the reasons stated in the Court's Memorandum Opinion & Order dated September 28, 2020 (the "Order"), Defendants Headstrong, Inc. and Genpact Limited's (the "Headstrong Defendants") motion for attorneys' fees is granted in the amount of One Hundred and Five Thousand Eighty One Dollars and Five Cents ($105,081.05).  Plaintiff Arvind Gupta's ("Plaintiff") motion for fees is denied.  Within thirty (30) days of the date of this Judgment, Plaintiff shall remit to Jackson Lewis P.C. a check made payable to "Genpact Limited" in the amount of One Hundred and Five Thousand Eighty One Dollars and Five Cents ($105,081.05) pursuant to the Court's Order.

**Dated**: New York, New York
            October 26, 2020

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARVIND GUPTA,

                          Plaintiff,

-against-

HEADSTRONG, INC., GENPACT LIMITED, AND SECRETARY OF THE U.S. DEPARTMENT OF LABOR,

                          Defendants.

Case No. 17-CV-5286 (RA)

**AFFIDAVIT OF SERVICE**

---

ANNA K. BROCCOLO, being duly sworn deposes and says:

1. I am over 18 years of age and I reside in New York.

2. I am not a party to this action.

3. On October 23, 2020, I caused a true and correct copy of Headstrong, Inc. and Genpact Limited's Proposed Judgment to be served upon the following individual via First Class by delivering same into an official depository of the United States Post Office to the address listed below.

Arvind Gupta
1 Penn Plaza #6227
New York, New York 10119

*Pro Se* Plaintiff


                       *s/ Anna K. Broccolo*
                       Anna K. Broccolo, Esq.