UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/11/2022
```

ARVIND GUPTA.,

               Plaintiff,

      v.

HEADSTRONG, INC., GENPACT LIMITED, and SECRETARY OF THE U.S. DEPARTMENT OF LABOR,

               Defendants.

No. 17-CV-5286 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff Arvind Gupta, proceeding *pro se*, brought this action against Defendants Headstrong, Inc. and Genpact Limited (collectively, "Headstrong") for wages allegedly owed to him under the H-1B provisions of the Immigration and Nationality Act and for judicial review, under the Administrative Procedure Act, of orders of the Department of Labor dismissing his administrative claims against Headstrong. On September 9, 2019, the Court granted Headstrong's motion to dismiss. Dkt. 137. Gupta and Headstrong subsequently filed cross-motions for attorneys' fees. On September 28, 2020, the Court denied Gupta's motion and granted Headstrong's motion with modifications; on October 26, 2020, it issued a judgment ordering Gupta to pay $105,081.05 in attorneys' fees. Dkts. 177, 182. Gupta subsequently appealed this Court's decision to the Second Circuit. On November 24, 2020, he moved to stay the Court's judgment until 30 days after the Second Circuit's resolution of the appeal. Dkt. 185. On October 19, 2021, the Second Circuit affirmed this Court's judgment in a summary order. *Gupta v. Headstrong*, No. 20-3657 (2d Cir. Oct. 19, 2021). The Second Circuit's mandate issued yesterday. Dkt. 189.

Accordingly, Gupta's motion to stay the judgment pending his appeal is denied as moot.

The Clerk of Court is respectfully directed to terminate the motion at docket number 185.

SO ORDERED.

Dated:   February 11, 2022
        New York, New York

                                            Ronnie Abrams
                                            United States District Judge